## IN THE UNITED STATE DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

**v.**                                             **CIVIL ACTION NO. 3:22-cv-110-MPM-JMV**

**ERICA RICE**                                                      **DEFENDANT**

## CONSENT JUDGMENT

This consent judgment is entered into between the United States of America, acting through the United States Department of Justice and on behalf of the United States Small Business Administration ("SBA") (collectively the "United States"), and Defendant Erica Rice. Based on the certified financial information provided by Defendant, and in recognition of her cooperation with the United States' investigation, the parties stipulate and consent to the entry of judgment in favor of the United States of America against Defendant Erica Rice in the sum of $46,957.80. Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full, but without costs to either party. Defendant Erica Rice agrees that the sum owed, $46,957.80, plus interest, is due and payable in full immediately. Defendant also agrees to pay a separate $400.00 filing fee pursuant to 28 U.S.C. § 2412(a)(2).

Provided, however, execution shall not issue upon this judgment as long as Defendant Erica Rice pays to the Department of Justice, through the United States Attorney, 900 Jefferson Avenue, Oxford, Mississippi 38655, an agreed upon minimum monthly payment each and every month until this judgment is satisfied. The amount of this payment shall be subject to review and modification not less than annually. This debt shall also be included in the Treasury Offset Program so that any federal monies owed to Defendant Erica Rice will be credited to her outstanding debt.

IT IS SO ORDERED this the 28th day of June, 2022.

                                                              UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:

Clay Joyner
United States Attorney

*[signature]*

Stuart S. Davis (MSB #103224)
Assistant United States Attorney
900 Jefferson Avenue
Oxford, Mississippi 38655-3608
t: 662.234.3351
e: stuart.davis@usdoj.gov
*Attorney for Plaintiff United States of America*

AGREED TO:

*[signature]*
Erica Rice – *Pro se*